MACKLE-CRAWFORD CONSTRUCTION COMPANY *v.* GRAHAM & COMPANY, for use, etc.

BECK, J. There was no error in overruling the general demurrer to the petition in this case; and the court below having reserved its decision upon the special demurrers, the merit of the latter is not before us for consideration.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
SEPTEMBER 17, 1915.

Complaint. Before Judge Ellis. Fulton superior court. August 12, 1914.

*P. C. McDuffie,* for plaintiff in error.
*Robert C. & Philip H. Alston,* contra.